UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-81307-Civ-Marra/Johnson

RALSTON S. BROWN, JR.,

    Plaintiff,

v.

PENTAGROUP FINANCIAL, LLC,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all matters in

controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each

party to bear its own attorney's fees and costs except as otherwise agreed by the parties.


| | |
|---|---|
| Donald A. Yarbrough, Esq. | Lisa C. Cicero, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Douberley & Cicero |
| Fort Lauderdale, Florida  33339 | Suite 590 |
| Telephone: 954-537-2000 | 1000 Sawgrass Corporate Parkway |
| Facsimile: 954-566-2235 | Sunrise, FL 33323 |
| | Telephone: 954-626-5075 |
| | Facsimile: 954-838-8842 |


By:  /s/ Donald A. Yarbrough      By: /s/ Lisa C. Cicero
Donald A. Yarbrough, Esq.        Lisa C. Cicero, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-81307-Civ-Marra/Johnson

RALSTON S. BROWN, JR.,

      Plaintiff,

v.

PENTAGROUP FINANCIAL, LLC,

      Defendant.

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on _____, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                    s/Donald A. Yarbrough
                    Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Lisa C. Cicero, Esq.
Douberley & Cicero
Suite 590
1000 Sawgrass Corporate Parkway
Sunrise, FL 33323
Telephone: 954-626-5075
Facsimile: 954-838-8842

Via Notices of Electronic Filing generated by CM/ECF